**FILED**

FEB 05 2024

US DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-CR-179-JAD-NJK |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| SEAN O'CONNOR, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p) based upon the plea of guilty by Sean O'Connor to the criminal offense, forfeiting the property and imposing an in personam criminal forfeiture money judgment set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information and shown by the United States to have the requisite nexus to the offense to which Sean O'Connor pled guilty. Criminal Information, ECF No. 4; Plea Agreement, ECF No. 6; Preliminary Order of Forfeiture, ECF No. 7; Arraignment & Plea, ECF No. 9.

This Court finds that on the government's motion, the court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

The in personam criminal forfeiture money judgment amount of $175,000 complies with *United States v. Lo*, 839 F.3d 777 (9th Cir. 2016); *Honeycutt v. United States*, 581 U.S. 443 (2017); *United States v. Thompson*, 990 F.3d 680 (9th Cir. 2021); and *United States v. Prasad*, 18 F.4th 313 (9th Cir. 2021).

1   This Court finds the United States published the notice of forfeiture in accordance
2 with the law via the official government internet forfeiture site, www.forfeiture.gov,
3 consecutively from November 5, 2019, through December 4, 2019, and May 21, 2020,
4 through June 19, 2020, notifying all potential third parties of their right to petition the
5 Court. Notice of Filing Proof of Publication, ECF Nos. 17-1, p. 5 and 23-1, p. 5.
6   This Court finds the United States notified known third parties by personal service or
7 by regular mail and certified mail return receipt requested of their right to petition the Court.
8 Notice of Filing Service of Process – Personal Service, ECF No. 21; Notice of Filing Service
9 of Process – Mailing, ECF No. 22.
10   On December 23, 2019, the United States Marshals Service (USMS) personally
11 served Yi Lin Zheng as Counsel for Miguel Castro with copies of the Preliminary Order of
12 Forfeiture and the Notice. Maritha Antillon, secretary, accepted the service. Notice of Filing
13 Service of Process – Personal Service Exhibits, ECF No. 21-1, p. 3, 32-34, 36-39.
14   On December 27, 2019, the USMS personally served Andrea Burrow with copies of
15 the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process –
16 Personal Service Exhibits, ECF No. 21-1, p. 4, 32-34, 36-39.
17   On December 31, 2019, the USMS personally served North American Disbursement
18 Agency, Inc., c/o Registered Agent, R & R Gonzalez & Associates with copies of the
19 Preliminary Order of Forfeiture and the Notice. Ricardo Gonzalez accepted the service.
20 Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 21-1, p. 5, 32-34,
21 36-39.
22   On December 31, 2019, the USMS personally served NSD Products, Inc., c/o
23 Registered Agent, R & R Gonzalez & Associates with copies of the Preliminary Order of
24 Forfeiture and the Notice. Ricardo Gonzalez accepted the service. Notice of Filing Service
25 of Process – Personal Service Exhibits, ECF No. 21-1, p. 6, 32-34, 36-39.
26   On December 31, 2019, the USMS personally served Mario Castro, Jr., with copies
27 of the Preliminary Order of Forfeiture and the Notice. Ashley Castro accepted the service.
28 / / /

1  Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 21-1, p. 7, 32-34,
2  36-39.
3      On December 31, 2019, the USMS personally served Global Data Funding c/o
4  Registered Agent, R & R Gonzalez & Associates with copies of the Preliminary Order of
5  Forfeiture and the Notice. Ricardo Gonzalez accepted the service. Notice of Filing Service
6  of Process – Personal Service Exhibits, ECF No. 21-1, p. 8, 32-34, 36-39.
7      On December 31, 2019, the USMS personally served Donald J. Green as Counsel for
8  Salvador Castro with copies of the Preliminary Order of Forfeiture and the Notice. Leslie
9  Mitchell, Asst. Property Manager, accepted the service. Notice of Filing Service of Process –
10 Personal Service Exhibits, ECF No. 21-1, p. 9, 32-34, 36-39.
11     On December 31, 2019, the USMS personally served Mario Castro personally and as
12 Registered Agent, President, Secretary, Treasurer, and Director of PI Printing Corp. with
13 copies of the Preliminary Order of Forfeiture and the Notice. Ashley Castro accepted the
14 service. Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 21-1, p.
15 10, 32-34, 36-39.
16     On December 31, 2019, the USMS personally served Eric Ferran as Counsel for
17 Mario Castro with copies of the Preliminary Order of Forfeiture and the Notice. Sarah
18 Baumwoll, legal assistant, accepted the service. Notice of Filing Service of Process –
19 Personal Service Exhibits, ECF No. 21-1, p. 11, 32-34, 36-39.
20     On December 31, 2019, the USMS personally served Pacific Allocation Systems,
21 Inc., c/o Registered Agent, R & R Gonzalez & Associates with copies of the Preliminary
22 Order of Forfeiture and the Notice. Ricardo Gonzalez accepted the service. Notice of Filing
23 Service of Process – Personal Service Exhibits, ECF No. 21-1, p. 12, 32-34, 36-39.
24     On December 31, 2019, the USMS personally served Special Money Managers, Inc.,
25 c/o Registered Agent, R & R Gonzalez & Associates with copies of the Preliminary Order
26 of Forfeiture and the Notice. Ricardo Gonzalez accepted the service. Notice of Filing
27 Service of Process – Personal Service Exhibits, ECF No. 21-1, p. 13, 32-34, 36-39.
28 / / /

1  On December 31, 2019, the USMS personally served Golden Products Service, Inc., DBA Imperial Award Services, c/o Registered Agent, R & R Gonzalez & Associates with copies of the Preliminary Order of Forfeiture and the Notice. Ricardo Gonzalez accepted the service. Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 21-1, p. 14, 32-34, 36-39.

On December 31, 2019, the USMS personally served All American Awards, Inc., c/o Registered Agent, R & R Gonzalez & Associates with copies of the Preliminary Order of Forfeiture and the Notice. Ricardo Gonzalez accepted the service. Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 21-1, p. 15, 32-34, 36-39.

On December 31, 2019, the USMS personally served Distribution Reporting Center, Inc., c/o Registered Agent, R & R Gonzalez & Associates with copies of the Preliminary Order of Forfeiture and the Notice. Ricardo Gonzalez accepted the service. Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 21-1, p. 16, 32-34, 36-39.

On December 31, 2019, the USMS attempted to personally serve Global Data Funding, Inc., c/o Maria Ramirez as President, Secretary, Treasurer, and Director with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 21-1, p. 17, 32-34, 36-39.

On December 31, 2019, the USMS personally served Jose Castro, Jr., with copies of the Preliminary Order of Forfeiture and the Notice. Carolina Castro accepted the service. Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 21-1, p. 18, 32-34, 36-39.

On December 31, 2019, the USMS personally served Jose Silvestre Castro personally and as President, Secretary, Treasurer, and Director of Special Money Managers, Inc., with copies of the Preliminary Order of Forfeiture and the Notice. Carolina Castro accepted the service. Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 21-1, p. 19, 32-34, 36-39.

/ / /

/ / /

On January 2, 2020, the USMS personally served Codi Kern through Patti Kern or Michael Kern with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 21-1, p. 20, 32-34, 36-39.

On January 2, 2020, the USMS personally served Pacific Allocation Systems, Inc., c/o Jose Mendez personally and as President, Secretary, Treasurer, and Director with copies of the Preliminary Order of Forfeiture and the Notice. Julio Mendez, son, accepted the service. Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 21-1, p. 21, 32-34, 36-39.

On January 2, 2020, the USMS personally served Norma Del Rio with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 21-1, p. 22, 32-34, 36-39.

On January 2, 2020, the USMS personally served Kern and Associates, c/o Patti Kern as President, Secretary, Treasurer, and Director with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 21-1, p. 23, 32-34, 36-39.

On January 2, 2020, the USMS personally served NSD Products, Inc., c/o Edgar Del Rio as President, Secretary, Treasurer, and Director with copies of the Preliminary Order of Forfeiture and the Notice. Norma Del Rio accepted the service. Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 21-1, p. 24, 32-34, 36-39.

On January 15, 2020, the USMS personally served Crane M. Pomerantz as Counsel for Andrea Burrow with copies of the Preliminary Order of Forfeiture and the Notice. Danette Mirabelli, receptionist, accepted the service. Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 21-1, p. 25, 32-34, 36-39.

On January 3, 9, and 23, 2020, the USMS attempted to personally serve Patricia M. Erickson as Counsel for Jose Mendez with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 21-1, p. 26, 32-34, 36-39.

/ / /

1  On December 31, 2019, the USMS attempted to serve and on February 25, 2020, the
2  USMS personally served Miguel Castro with copies of the Preliminary Order of Forfeiture
3  and the Notice. Salvador Castro, brother, accepted the service. Notice of Filing Service of
4  Process – Personal Service Exhibits, ECF No. 21-1, p. 27, 32-34, 36-39.

5  On February 25, 2020, the USMS personally served Gage Muniz personally and as
6  President, Secretary, Treasurer, and Director of Distribution Reporting Center, Inc., with
7  copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of
8  Process – Personal Service Exhibits, ECF No. 21-1, p. 28, 32-34, 36-39.

9  On December 31, 2019, February 25, 2020, and March 9, 2020, the USMS
10 attempted to personally serve Golden Products Services, Inc., c/o Jesus Garcia as President,
11 Secretary, Treasurer, and Director with copies of the Preliminary Order of Forfeiture and
12 the Notice. Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 21-1,
13 p. 29, 32-34, 36-39.

14 On February 25, 2020, March 9, 2020, and March 24, 2020, the USMS attempted to
15 personally serve Salvador Castro with copies of the Preliminary Order of Forfeiture and the
16 Notice. Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 21-1, p.
17 30, 32-34, 36-39.

18 On December 6, 2019, the United States Attorney's Office (USAO) attempted to
19 serve Engracia Medina, personally and as President, Secretary, Treasurer, and Director for
20 All American Awards, Inc., by regular and certified return receipt mail with the Preliminary
21 Order of Forfeiture and the Notice. The mail was returned as no such street and unable to
22 forward. Financial Investigator for the United States Postal Inspection Service (USPIS),
23 Barry Bouchie, attempted to find Engracia Medina. However, after extensive due diligence,
24 no current information could be found. Notice of Filing Service of Process – Mailing
25 Exhibits, ECF No. 22-1, p. 3, 6-8, 10-13, 15-18, 29-30.

26 On December 6, 2019, the USAO attempted to serve The Estate of Juan Franco by
27 regular and certified return receipt mail with the Preliminary Order of Forfeiture and the
28 Notice. The mail was returned as unclaimed and unable to forward. Financial Investigator

for the USPIS, Barry Bouchie, attempted to find Juan Franco. However, after extensive due diligence, he found Juan Franco was dead. Notice of Filing Service of Process – Mailing Exhibits, ECF No. 22-1, p. 3, 6-8, 10-13, 19-21, 32.

On December 6, 2019, the USAO served North American Disbursement Agency, Inc., c/o Juan Franco as President, Secretary, Treasurer, and Director, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Juanita Franco signed on behalf of North American Disbursement Agency, Inc. Notice of Filing Service of Process – Mailing Exhibits, ECF No. 22-1, p. 3, 6-8, 10-13, 22-23.

On December 6, 2019, the USAO served Maria Ramirez by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing Exhibits, ECF No. 22-1, p. 4, 6-8, 10-13, 24-25.

On December 6, 2019, the USAO served Engracia Medina by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The mail has not been claimed. Financial Investigator for the USPIS, Barry Bouchie, attempted to find Engracia Medina. However, after extensive due diligence, no current information could be found. Notice of Filing Service of Process – Mailing Exhibits, ECF No. 22-1, p. 4, 6-8, 10-13, 26-27, 29-30.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States:

1. $106,150;
2. $20,400.32;
3. $34,364;
4. $40,010;

5. $50,126.59;

6. $4,998;

7. $10,908;

8. $15,278;

9. $6,975;

10. $4,644;

11. $3,101;

12. $1,824;

13. $13,146;

14. $1,785;

15. $14,439;

16. $9,887;

17. $8,253;

18. $138;

19. $12,464.03; and

20. $18,950

(all of which constitutes property); and

that the United States recover from Sean O'Connor the in personam criminal forfeiture money judgment of $175,000, not to be held jointly and severally liable with any codefendants, the collected money judgment amount between the codefendants is not to exceed $9,000,000 to ensure the government does not collect more than the forfeitable amount based on the forfeiture statutes and Ninth Circuit cases, and that the property will not be applied toward the payment of the money judgment; and

the forfeiture of the money judgment and the property is imposed under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 21 U.S.C. § 853(p); and 21 U.S.C. § 853(n)(7); that the money judgment shall be collected; and that the property and the collected amount shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that under Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all rights, titles, and interests in the property are extinguished and are not recognized for Sean O'Connor and all third parties.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the government's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED February 5, 2024.

JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE